```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                     TALLAHASSEE DIVISION
```

IN RE:                                    CASE NO. 07-40192-TLH4
                                          CHAPTER 13
TIMOTHY RANDY BOZEMAN
LA RITA JUNE BOZEMAN

_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: EMBARQ FLORIDA, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 422803 in the amount of 84.83 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
          OFFICE OF THE CHAPTER 13 TRUSTEE
          POST OFFICE BOX 646
          TALLAHASSEE, FL 32302
          ldhecf@earthlink.net
          (850) 681-2734 "Telephone"
          (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| TIMOTHY RANDY BOZEMAN | EMBARQ FLORIDA, INC. |
| LA RITA JUNE BOZEMAN | P.O. BOX 872967 |
| 1036 NATURE TRAIL WAY | KANSAS CITY, MO 64187-2967 |
| TALLAHASSEE, FL 32310 | |

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
10/28/2011  1:24 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE